**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NONNIE CHRYSTAL,**

    **Plaintiff,**

v.                                      Case No.  6:10-mc-52-Orl-35GJK

**ERSKINE & FLEISHER LAW**
**OFFICES and DISCOVER BANK,**

    **Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On May 4, 2010, Plaintiff registered a foreign judgment with the Court. (Dkt. 1) The document itself, labeled "Notice of Final Determination and Judgement in Nihil Decit, in Admiralty" demanded payment from Defendants in the amount of $404,870,400,000.00. (Id. at 5)  Upon review of the document filed, the Court finds that Plaintiff's claim of final judgment is spurious and without merit.  Accordingly, it is hereby

**ORDERED** that Plaintiff's Registration of Foreign Judgment (Dkt. 1) is **STRICKEN**. The Clerk is directed to **CLOSE** this case. Prior to making any further filings in this or any other matter, the Court directs Plaintiff to Federal Rule of Civil Procedure 11(c), which permits the Court to impose sanctions for frivolous filings.

**DONE** and **ORDERED** in Orlando, Florida, this 3rd day of June 2010.

Copies furnished to:
Counsel of Record
Any Unrepresented Party

_____
**MARY S. SCRIVEN**
**UNITED STATES DISTRICT JUDGE**