

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 2 6 2010

JOHN LEY
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-13172-H

NONNIE CHRYSTAL,

    Plaintiff - Appellant

versus

ERSKINE & FLEISHER LAW OFFICES,
DISCOVER BANK,

    Defendants - Appellees.

2010 AUG 30 PM 1:02
US DISTRICT COURT
MIDDLE DISTRICT OF FL
FILED

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Nonnie Chrystal has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective August 26, 2010.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Melanie Gaddis, Deputy Clerk

A True Copy
Attested:
Clerk U.S. Court of Appeals, Eleventh Circuit
By: Deputy Clerk, Atlanta, Ga.

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 26, 2010

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 10-13172-H
Case Style: Nonnie Chrystal v. Erskine & Fleisher Law Office, et al
District Court Docket No: 6:10-mc-00052-MSS-GJK

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Melanie Gaddis
Phone #: (404) 335-6187

Enclosure(s)

DIS-2 Letter and Entry of Dismissal